CLOSED

***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Juan Salazar-Soria**

Citizen of Mexico

USM#: 75215208 DOB: 1982

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15495-001M-SD**

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A88 764 713

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/19/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count ONE, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, March 19, 2008**

________________________________________ Date 3/19/2008
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:________________________________________

Defendant delivered on __________ to ____________________ at ________________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

____________________________________ By:________________________________________
United States Marshal Deputy Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 3/19/2008 CASE NUMBER: 08-15495-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Juan Salazar-Soria

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ____________

INTERPRETER REQ'D Marcia Resler
LANGUAGE: Spanish

Attorney for Defendant Juan Rocha (AFPD)

DEFENDANT: [X] PRESENT [ ] NOT PRESENT [ ] RELEASED [X] CUSTODY

DOA 3/18/08 [X] Complaint Filed [X] Appointment of counsel hearing held
[ ] Financial Afdvt taken [X] No Financial Afdvt taken [ ] Financial Afdvt sealed
[X] Initial Appearance

**DETENTION HEARING:** [ ] Held [ ] Cont'd [ ] Reset [ ] UA
Set for: before:

[ ] Defendant ordered temporarily detained in the custody of the United States Marshal
[ ] Defendant ordered released (see order setting cond of rel) [ ] Bail set at $__________
[ ] Defendant continued detained pending trial [ ] Flight Risk [ ] Danger

**PLEA HEARING:** [X] Held [ ] Cont'd [ ] Reset
Set for: before:

[ ] Consent to be tried by a Magistrate Judge signed [ ] Class A Misd [ ] Class B Misd [ ] Class C Misd
[ ] Consent of Defendant [ ] Information filed __________ [ ] Complaint filed __________
[X] Defendant sworn and examined by the Court [X] Plea of Guilty [ ] Not Guilty [X] Entered to Counts ONE
[ ] Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
[X] Plea of Guilty entered as to Ct(s) ONE of the [ ] Information [ ] Indictment [X] Complaint
[X] Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
[ ] Plea agreement: [ ] Lodged [ ] Filed [ ] Sealed
[ ] Court does not accept defendant's plea of guilty because __________
[ ] PSI ORDERED [ ] EXPEDITED [X] PSI waived [ ] Time waived for passage of sentence
[ ] Continued for sentence to __ before __________
[ ] To be dismissed upon entry of the judgment, Ct(s) ____
[X] ORDER vacate trial date/motion hearing/mtns moot
[ ] ORDER defendant remain released pending sentence [X] remanded to USM

SENTENCING:

[X] Defendant committed to Bureau of Prisons for a period of 15 Days [ ] Probation/Supervised Release for ________
[X] Special Assessment $ REMITTED [ ] Fine $______ [ ] Restitution $________

Other: __________

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

3/18

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Juan SALAZAR-Soria
Citizen of Mexico
YOB: 1982
088764713
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15495M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about March 18, 2008, near Andrade, California in the Southern District of California, Defendant Juan SALAZAR-Soria, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Ross Andres
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 19, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Juan SALAZAR-Soria

Dependents: 1 Child

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None found.

| DATE LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Wellton Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on March 18, 2008.

Charges: 8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 19, 2008
Date

Signature of Judicial Officer